**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1249**

FELICIA SINGLETARY, DMD,

                Plaintiff - Appellant,

      v.

NORTH CAROLINA STATE BOARD OF DENTAL EXAMINERS,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, Chief District Judge. (5:15-cv-00476-D)

Submitted: October 25, 2016        Decided: November 10, 2016

Before KEENAN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carrie E. Meigs, Justin G. May, TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP, Raleigh, North Carolina, for Appellant. Douglas J. Brocker, Crystal Carlisle, THE BROCKER LAW FIRM, P.A., Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felicia Singletary appeals the district court's order dismissing her complaint against the North Carolina State Board of Dental Examiners. We have reviewed the record and find no reversible error. See P.R. Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc., 506 U.S. 139, 146 (1993). Accordingly, we affirm for the reasons stated by the district court. Singletary v. N.C. State Bd. of Dental Exam'rs, No. 5:15-cv-00476-D (E.D.N.C. Feb. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2